**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**George Ronald STALVEY,**
**Defendant–Appellant.**

No. 03–6233.

United States Court of Appeals,
Fourth Circuit.

Submitted July 24, 2003.

Decided Aug. 25, 2003.

George Ronald Stalvey, Appellant Pro Se. Jennifer Marie Hoefling, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

George Ronald Stalvey appeals the district court's order denying his motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Stalvey,* No. CA–90–190–C–MU (W.D.N.C. Jan. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*